JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHY AND NATURAL TRADING LLC (PETITIONER); MARCELO SALLES PEREIRA DE LUCENA (PRINCIPAL BENEFICIARY),<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATRION SERVICES; CALIFORNIA SERVICE CENTER; VERMONT SERVICE CENTER; JEH JOHNSON, in his official capacity as Secretary of the United States Department of Homeland Security; LEÓN RODRÍGUEZ, in his official capacity as Director of United States Citizenship and Immigration Services; Kathy Baran, in her official capacity as Director of the California Service Center; and Carrie Selby, in her official capacity as Acting Director of the Vermont Service Center,<br><br>            Defendants. | CV 14-2332 PA (Ex)<br><br>JUDGMENT |

//

//

1. Pursuant to the Court's November 12, 2014 minute order granting the Motion for Summary Judgment filed by defendants United States Department of Homeland Security, United States Citizenship and Immigration Services ("USCIS"), USCIS California Service Center, USCIS Vermont Service Center, Jeh Johnson, León Rodríguez, Kathy Baran, and Carrie Selby (collectively "Defendants") and denying the Motion for Summary Judgment filed by petitioner Healthy and Natural Trading and beneficiary Marcelo Salles Pereira de Lucena (collectively "Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Petitioner.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner take nothing and that Defendants shall have their costs of suit.

DATED: November 12, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE